IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-31185
Summary Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus

FERNANDO FRAGUELA,

                                        Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-339-2-C

May 8, 2000

Before GARWOOD, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Fernando Fraguela appeals from his jury-verdict conviction
for conspiracy to import cocaine and importation of cocaine.  He
argues that: (1) three of the Government witnesses were paid in
violation of 18 U.S.C. § 201(c)(2); (2) the district court erred
by denying his motion for acquittal based on his affirmative
defense of entrapment; (3) the Government's conduct in arranging
his arrest deprived the district court of jurisdiction to convict
him and violated his rights under the Vienna Convention on

_____

        [*]Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. 4. 47.5.4.

Consular Relations; (4) the jury's guilty verdict was not supported by substantial evidence; and (5) the prosecutor challenged potential jurors solely on account of their race.

Fraguela's argument regarding his rights under the Vienna convention, raised for the first time on appeal, is briefed inadequately. As such, it is deemed abandoned. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993) (arguments must be briefed adequately in order to be preserved for appeal); *see also* Fed. R. App. P. 28 (a)(9)(A) (appellant's argument must include citations to the authority and the parts of the record on which the appellant relies). Our review of his remaining arguments fails to disclose any reversible error. Accordingly, the district court's judgment is AFFIRMED.